# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRYSTAL PHOTONICS INC.,

      Plaintiff,

v.                                            Case No:   6:21-cv-529-GAP-EJK

TERRELL GRAY,

      Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. 31), filed May 6, 2021.

On July 16, 2021, the United States Magistrate Judge issued a report (Doc. 32) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Final Judgment (Doc. 31) is **GRANTED.**

3. JP Morgan Chase Bank, NA shall promptly transfer all frozen or seized funds at issue in this case to Lowndes, Drosdick, Doster, Kantor & Reed, P.A.'s trust account via cashier's check or other certified funds.

4. After receipt of such funds, Plaintiff's counsel shall promptly file a notice with the court providing the amount of funds received from JP Morgan Chase Bank, NA. After such notice the Court will direct the entry of a default judgment consistent with the recommendations of the magistrate judge.

5. The Court will retain jurisdiction in order to determine the amount of prejudgment interest, postjudgment interest, costs incurred by Plaintiff, and to rule on any additional relevant matters .

6. Plaintiff's Motion for Entry of Judgment on the Pleadings (Doc. 22) is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 2, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party